JS-6

1

2

3

4

5

6

7

8 # UNITED STATES DISTRICT COURT

9 ## FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 ARDELL MCDUFFIE;
DANIEL CESARIO RAMIREZ; and
12 DEMETRIUS ROGERS,

13                Plaintiffs,

14          v.

15 CALIFORNIA DEPARTMENT OF
        CORRECTIONS AND
16      REHABILITATION;
STATE OF CALIFORNIA;
17 CDCR SECRETARY RALPH DIAZ,
    in his individual and official
18    capacities;
CYNTHIA Y. TAMPKINS, in her
19    individual and official capacities;
KERRY OGLESBY, in her individual
20    and official capacities; and
DOES 1-100 inclusive,

21             Defendants.

22

Case No. 5:21-cv-00824-JWH-SHK

**JUDGMENT**

23

24

25

26

27

28

Pursuant to the "Order Regarding Defendants' Motion to Dismiss [ECF No. 45]" entered substantially contemporaneously herewith, and in accordance with Rules 12(b)(6) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     Pursuant to 28 U.S.C. § 1331, this Court possesses subject matter jurisdiction over the first claim for relief, which arises under 42 U.S.C. § 1983, in the operative Fourth Amended Complaint [ECF No. 40] filed by Plaintiffs Ardell Mcduffie, Daniel Cesario Ramirez, and Demetrius Rogers (collectively, "Plaintiffs") in the above-captioned action.

2.     Defendants DOES 1-100 are **DISMISSED**.

3.     With regard to the first claim for relief, **JUDGMENT** is hereby **ENTERED** in **FAVOR** of Defendants State of California, California Department of Corrections and Rehabilitations ("CDCR"); CDCR Secretary Ralph Diaz; Warden Cynthia Tampkins; and Kerry Oglesby and **AGAINST** Plaintiffs.  Plaintiffs shall take nothing by way of the first claim for relief in their Fourth Amended Complaint.

4.     The remainder of this case is **REMANDED** to Riverside County Superior Court.

5.     Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    January 2, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE